



## MEMORANDUM OPINION

No. 04-12-00143-CV

**IN RE** Yvonne **LEIJA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  March 14, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On March 6, 2012, relator filed a petition for writ of mandamus and a motion for temporary relief.  The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-EM5-02019, styled *In the Interest of T.G.R., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.  However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.